# United States District Court
## Southern District of Georgia

JAMES THOMAS BRYANT,

    Petitioner,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV116-025
CR105-110

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 1, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED, judgment is hereby ENTERED in favor of the Respondent, and this civil action stands CLOSED.

May 1, 2017
Date

Scott L. Poff
Clerk

*[signature]*
(By) Deputy Clerk