IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JAMES THOMAS BRYANT,        )
                            )
      Petitioner-Appellant, )
                            )
vs.                         )     Case No. CV116-025
                            )              (CR105-110)
UNITED STATES OF AMERICA    )
                            )
      Respondent-Appellee.  )

O R D E R

The motion of appellant for a certificate of appealability having been denied and the motion of appellant for leave to proceed on appeal *in forma pauperis* having been denied as moot in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 31st day of January, 2018.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA